W ___S___
NP ✓

FILED
U.S. DISTRICT
DIST. OF ... A

07 JUN 14  PM 3: 00

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:07CR-204 |
| vs. | ) | INFORMATION |
| | ) | (18 U.S.C. § 2252(a)(4)(B)) |
| ERIC BAIRD, | ) | |
| Defendant. | ) | |

The United States Attorney Charges:

## COUNT I

On and before the 6th day of November, 2006, in the District of Nebraska, ERIC BAIRD did knowingly possess one or more computer file and other matter to include at least one movie file and at least one image file which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256, that had been shipped or transported in interstate commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

UNITED STATES OF AMERICA,

JOE W. STECHER
United States Attorney

By: _____
MICHAEL P. NORRIS
Assistant U.S. Attorney

United States v. Eric Baird
Information
Page Two

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

*[signature]*
MICHAEL P. NORRIS
Assistant U.S. Attorney