UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

Plaintiff(s),

Case No. 8:07CR-204

vs.

ERIC BAIRD

**REQUEST FOR TRANSCRIPT
BY A NON PARTY**

Defendant(s).

I am not a party to this case, *i.e.*, neither the plaintiff nor the defendant. I ask the court for leave to have the proceeding marked below transcribed. If the court grants this request, I agree that I will be responsible for all charges connected with the preparation of the transcript.

s/ Robert B. Crayne
Non Party Signature

**Please prepare a transcript¹ of the proceedings indicated below:**

ROBERT B. CRAYNE, Capt, USAF
Assistant Staff Judge Advocate
55 WG/JA
711 NELSON DR STE 118
OFFUTT AFB, NE 68113-2020

___ Pretrial Proceeding (Specify hearing date(s) and type(s)):

X Plea Hearing (Specify hearing date(s)): June 14, 2007

___ Sentencing (Specify hearing date(s)):

___ Trial (Specify Date(s)) (**NOTE:** Transcript will **not** include voir dire, opening statements, or closing arguments unless specifically requested.)

___ Testimony of Specific Trial Witness(es) (Specify name(s) and date(s) of testimony):

___ Other (Specify hearing(s) or proceeding(s) and dates(s) held):

---

¹**NOTE:** After the court reporter or transcriber files the official transcript in any civil or criminal proceeding, the parties will have five business days to file a Notice of Intent to Request Redaction. See NEGenR 1.3(c); NECivR 5.3; NECrimR 49.3. **See also** http://www.ned.uscourts.gov/pom/index.html, "Notice/Instructions to the Bar regarding Electronic Availability of Civil and Criminal Transcripts."