IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR204 |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC BAIRD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and with the assent of counsel, the court finds that it is in the parties' best interests that the defendant undergo a psychiatric or psychological examination prior to sentencing in this case.

IT IS ORDERED:

1. Defendant shall undergo a psychiatric or psychological evaluation by Mario Scolara, Ph.D., or other appropriate psychiatrist or psychologist as directed by the Office of Probation.

2. Within sixty days of the date of this order, counsel shall provide the court with a copy of the psychological evaluation.

DATED this 6th day of September, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge