IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:07CR204 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ERIC M. BAIRD, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR DOWNWARD DEPARTURE**
**OVERSTATEMENT OF CRIMINAL HISTORY**

**COMES NOW** the Defendant, Eric M. Baird, by and through his attorney, James E. Schaefer, and moves the Court for a downward departure for the reasons stated in Defendant's brief in support of this motion.

ERIC M. BAIRD, Defendant

s/James E. Schaefer, #13667
GALLUP & SCHAEFER
1001 Farnam Street
Omaha, NE  68102
(402) 341-0700

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Michael P. Norris, Assistant United States Attorney.

s/James E. Schaefer