IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 DEC 19 PM 5: 22

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 8:07cr204 |
| v. | |
| | RECEIPT FOR RETURNED EXHIBITS |
| ERIC BAIRD, | |
| Defendant. | |

Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case:

Defendant's exhibit number 101 /SENTENCING held 12/19/07

I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

DATED December 19, 2007.

_James Schaefer_
Counsel of Record for

BY: _____

Exhibits-Form Receipt for Returned Exhibits, appeal time pending.wpd
Approved: September 6, 2007