IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:07CR204 |
| v. | ) | |
| ERIC BAIRD, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court sua sponte.

**IT IS ORDERED**

1.  A hearing to modify defendant's conditions of supervised release is scheduled for Wednesday, December 22, 2010 at 10:00 a.m. before the undersigned in Courtroom 3, Third Floor, Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2.  A summons shall be issued and the defendant is required to be present.

DATED this 10th day of December, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge